UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
June 8, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DIANA CERVANTES

    Defendant.

Case No. 2:21-mj-00091-JDP

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DIANA CERVANTES</u> Case No. <u>2:21-mj-00091-JDP</u> Charges <u>21 USC § 841(b)(1)(b)</u> from custody for the following reasons:

|   |   |
|---|---|
| ___ | Release on Personal Recognizance |
| X | Bail Posted in the Sum of $ _____ |
| X | Unsecured Appearance Bond $ <u>25,000.00 co-signed by Enrique Cervantes, Magdelena Cervantes and Jesus Cervantes</u> |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety as stated on the record in open court. |
| ___ | Corporate Surety Bail Bond |
| X | (Other): <u>Pretrial release conditions as stated on the record in open court. Defendant is to be in contact with Pretrial Services telephonically on the morning of 6/9/2021 and is to then report to the USM for</u> |

____ processing.

Issued at Sacramento, California on at 2:00 PM on June 8, 2021

By: /s/ Kendall J. Newman

Magistrate Judge Kendall J. Newman