JENNIFER MOUZIS
**Mouzis Criminal Defense**
State Bar No. 200280
1819 K Street, Suite 200
Sacramento, California 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
DIANA CERVANTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **DIANA CERVANTES,** <br><br> Defendant. | 2:21-cr-00109-JAM <br><br> **STIPULATION AND ORDER TO MODIFY SPECIAL CONDITIONS OF PRETRIAL RELEASE (ECF 12).** |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Michael Redding, and defendant, Diana Cervantes, by and through her counsel, Jennifer Mouzis, agree to a modification of defendant, Diana Cervantes's Special Conditions of Release.

The Defendant's last appearance on this case was June 8, 2021, where Defendant appeared in court for a Detention Hearing (ECF 11). Defendant was ordered released (ECF 15) with Special Conditions of Pretrial Release (ECF 12).

Condition 9 of the Special Conditions of Release states, "You must not associate or have any contact with your co-defendants unless in the presence of counsel or otherwise approved in

1

advance by the Pretrial Services Officer". Defendant Diana Cervantes is married to co-defendant, Victor Manuel Velazquez, who is still in custody. Counsel, Jennifer Mouzis requested the condition be changed and counsel, Michael Redding agreed to a stipulation. U.S. Pretrial Services, Intensive Supervision Specialist Darryl Walker was consulted and suggested the following modification to Condition 9, "You must not associate or have any contact with your **co-defendants, with the exception of your husband**, unless in the presence of counsel or otherwise approved in advance by the Pretrial Services Officer. You must not speak about the current federal case with your husband, unless in the presence of counsel."

      All parties agree that it is in the best interest of the defendant that the aforementioned language replace the current language of Condition 9 of the Special Conditions of Release. Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: June 11, 2021                   PHILLIP A. TALBERT
                                         Acting United States Attorney

                                    By:   /s/ Michael Redding
                                           MICHAEL REDDING
                                           Assistant United States Attorney

Dated: June 11, 2021                    /s/ Jennifer Mouzis
                                         JENNIFER MOUZIS
                                         Attorney for Defendant
                                         DIANA CERVANTES

**ORDER**

IT IS HEREBY ORDERED, the Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Specifically, the Court orders that Defendant Diana Cervantes's Special Conditions of Release, Condition 9 be changed to say, "You must not associate or have any contact with your **co-defendants, with the exception of your husband**, unless in the presence of counsel or otherwise approved in advance by the Pretrial Services Officer. You must not speak about the current federal case with your husband, unless in the presence of counsel."

IT IS SO ORDERED.

Dated: June 11, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE