**JENNIFER MOUZIS**
**Mouzis Criminal Defense**
State Bar No. 200280
1819 K Street, Suite 200
Sacramento, California 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
DIANA CERVANTES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff, <br> v. <br> **DIANA CERVANTES**, <br> Defendant. | 2:21-cr-00109-JAM <br><br> **STIPULATION AND [PROPOSED] ORDER TO MODIFY SPECIAL CONDITIONS OF PRETRIAL RELEASE (ECF 12).** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Angela Scott, and defendant, Diana Cervantes, by and through her counsel, Jennifer Mouzis, agree to a modification of defendant, Diana Cervantes's Special Conditions of Release. Pretrial services officer, Erika Spear, is in agreement with this modification.

On June 8, 2021, Defendant was ordered released (ECF 15) with Special Conditions of Pretrial Release (ECF 12).

All parties stipulate to add Condition 11 of the Special Conditions of Release to state, "You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, or individual specialized treatment, as determined by the pretrial

1

services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.".

All parties agree that it is in the best interest of the defendant that the aforementioned condition be added as Condition 11 of the Special Conditions of Release.  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: November 5, 2024                PHILLIP A. TALBERT
                                       United States Attorney

                                By:    /s/ Angela Scott
                                       ANGELA SCOTT
                                       Assistant United States Attorney

Dated: November 5, 2024                /s/ Jennifer Mouzis
                                       JENNIFER MOUZIS
                                       Attorney for Defendant
                                       DIANA CERVANTES

## ORDER

IT IS HEREBY ORDERED, the Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  Specifically, the Court orders that Defendant Diana Cervantes's Special Conditions of Release, Condition 11 be added to say, "You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, or individual specialized treatment, as determined by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer."

IT IS SO ORDERED.

Dated: November 6, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE