**JENNIFER MOUZIS**
**Mouzis Criminal Defense**
State Bar No. 200280
1819 K Street, Suite 200
Sacramento, California 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
DIANA CERVANTES

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | 2:21-cr-00109-DAD |
| | ) | |
| Plaintiff, | ) | **STIPULATION REGARDING** |
| | ) | **EXCLUDABLE TIME PERIODS** |
| **v.** | ) | **UNDER SPEEDY TRIAL ACT** |
| | ) | **REGARDING DEFENDANTS DIANA** |
| | ) | **CERVANTES AND VICTOR MANUEL** |
| **VICTOR MANUEL VELAZQUEZ** | ) | **VELAZQUEZ; FINDINGS AND** |
| **DIANA CERVANTES,** | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### STIPULATION

1. Plaintiff United States of America, by and through its counsel of record, and defendant VICTOR MANUEL VELAZQUEZ ("defendant VELAZQUEZ"), by and through his counsel of record, Timothy Zindel, and defendant DIANA CERVANTES (defendant "CERVANTES"), by and through her counsel of record, Jennifer Mouzis, hereby stipulate as follows:

2. By previous order (ECF 247), this case was set for Change of Plea Hearing for DIANA CERVANTES and set for Status Conference for VICTOR MANUEL VELAZQUEZ on November 12, 2024, and time was excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), B(ii), (iv) through that date.

3. By this stipulation and for the reasons set forth below, defendant CERVANTES now

1

moves to continue the change-of-plea hearing to November 19, 2024. Defendant CERVANTES also moves to exclude time between November 12, 2024, and November 19, 2024, pursuant to 18 U.S.C. § 3161(h)(7)(A), B(ii), (iv) (Local Codes T2 and T4).

4. By this stipulation and for the reasons set forth below, defendant VELAZQUEZ now moves to continue the status conference to November 19, 2024. Defendant VELAZQUEZ also moves to exclude time between November 12, 2024, and November 19, 2024, pursuant to 18 U.S.C. § 3161(h)(7)(A), B(ii), (iv) (Local Codes T2 and T4).

5. The parties agree and stipulate, and request that the Court find the following:

a) Counsel for defendant CERVANTES, Ms. Mouzis, requests the continuance because Ms. Mouzis is unable to conduct the hearing on the presently scheduled date due to the fact that counsel for defendant has been in a murder trial for Stanislaus County Superior Court case of *People v. Cummings*; CR-20-010085.  Trial started on October 1, 2024, and the jury is currently deliberating. Ms. Mouzis is required to remain within 20 minutes of the Stanislaus County Superior Court while deliberations are taking place, and the jurors are scheduled to resume deliberations on 11/12/24 at 9:00 a.m. Thus, Ms. Mouzis is unable to appear on 11/12/24 in this matter.

b) The government has extended a plea offer to defendant CERVANTES in which it has agreed, among other things, to dismiss the case against her domestic partner and codefendant, defendant VELAZQUEZ, upon imposition of defendant CERVANTES's sentence. Defendant CERVANTES has expressed her willingness to enter into this plea agreement. Defendant CERVANTES has signed a plea agreement and intends to change her plea on November 19, 2024.

c) Counsel for defendant VELAZQUEZ, Tim Zindel, is aware of this plea offer.

d) The government has produced over 100,000 pages of discovery and voluminous audio and audio/video discovery, including interceptions over multiple wiretapped telephones as well as recordings of controlled purchases of narcotics. Many of the recordings are in Spanish.

Stipulation and Order for Continuance

Additionally, this case is particularly complex as it concerns twelve charged defendants.

e) Although it is anticipated that defendant CERVANTES will plead guilty pursuant to the plea offer proposed by the government, and the government will move to dismiss the case against defendant VELAZQUEZ once defendant CERVANTES is sentenced, were the case to proceed to trial, Mr. Mouzis and Mr. Zindel would need additional time to prepare for trial.

f) Consequently, counsel for defendants believe that failure to grant the above requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

g) No defendant has invoked his/her speedy trial rights since the inception of the case.

h) The government does not object to the continuance.

i) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

j) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 12, 2024, to November 19, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii), (iv) [Local Codes T2 and T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

k) Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//

Stipulation and Order for Continuance

IT IS SO STIPULATED.

Dated: November 8, 2024     PHILLIP A. TALBERT
               United States Attorney

          By:  /s/ Emily Sauvageau
               EMILY SAUVAGEAU
               Assistant United States Attorney

Dated: November 8, 2024     /s/ Timothy Zindel
               TIMOTHY ZINDEL
               Attorney for Defendant
               VICTOR MANUEL VELAZQUEZ

Dated: November 8, 2024     /s/ Jennifer Mouzis
               JENNIFER MOUZIS
               Attorney for Defendant
               DIANA CERVANTES

## ORDER

   Pursuant to the stipulation of the parties and good cause appearing, the change-of-plea

hearing and status conference previously scheduled for November 12, 2024 is continued to

November 19, 2024 at 9:30 a.m. and time is excluded between November 12, 2024, and

November 19, 2024, pursuant to 18 U.S.C. § 3161(h)(7)(A), B(ii), (iv) (Local Codes T2 and T4).

   IT IS SO ORDERED.

Dated:  **November 8, 2024**    /s/ Dale A. Drozd
               DALE A. DROZD
               UNITED STATES DISTRICT JUDGE

Stipulation and Order for Continuance